UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| DEREK ANTHONY COSTANTINO, | CASE NO. 3:10-CV-0078-HDM-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: MAY 4, 2011 |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 9:00:55 a.m. - 9:07:50 a.m.</u>

Counsel for Plaintiff(s): <u>DEREK ANTHONY COSTANTINO, In Pro Per</u>

Counsel for Defendant(s): <u>SUSAN LEE</u>

PROCEEDINGS: **TELEPHONIC MOTION HEARING**

9:00 a.m. Court convenes.

The Court hears from Mr. Costantino. The Court finds there is no conflict in this case. IT IS ORDERED that the Motion for Disqualification of the Attorney General's Office (Docket #29) is DENIED.

9:07 a.m. Court adjourns.

LANCE S. WILSON, CLERK

By: <u>/s/</u>

Deputy Clerk