**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEREK ANTHONY COSTANTINO,  )   3:10-cv-0078-HDM-WGC
                          )
        Plaintiff,        )
                          )
vs.                       )   ORDER
                          )
STATE OF NEVADA, EX REL., et al., )
                          )
        Defendants.       )
_____)

    Before the court is the November 3, 2011 Report and Recommendation of the United States Magistrate Judge (#45) on defendants' motion to dismiss (#33). The magistrate judge recommends that this court enter an order dismissing plaintiff's official capacity damages claims based on Eleventh Amendment immunity and denying the remainder of defendants' motion to dismiss. In addition, the magistrate judge recommends that plaintiff be given thirty (30) days within which to served Defendant Bryant or he will be dismissed without prejudice pursuant to Rule 4(m).

1

1    On November 21, 2011, the defendants filed objections to the
2 report and recommendation (#46).  On December 12, 2011, the
3 plaintiff filed a response (#53) to the defendants' objections.
4    On a motion to dismiss, the court reviews a complaint to see
5 if, on its face, it contains sufficient factual matter, accepted as
6 true, to state a plausible claim for relief. *Ashcroft v. Iqbal*, 129
7 S. Ct. 1937, 1949 (2009).  Where a plaintiff appears pro se, the
8 court construes the pleadings liberally and "afford[s the]
9 plaintiff the benefit of any doubt."  *Karim-Panahi v. L.A. Police*
10 *Dep't*, 839 F.2d 621, 623 (9th Cir. 1988).
11    With these standards in mind, the court has considered the
12 pleadings and memoranda of the parties and other relevant matters
13 of record.  It has made a review and determination in accordance
14 with the requirements of 28 U.S.C. § 636 and applicable case law.
15 Therefore, and good cause appearing, the defendants' motion to
16 dismiss (#33) the plaintiff's claims for damages against the
17 defendants in their official capacities is granted.  In all other
18 respects, the defendants' motion to dismiss is denied.  It is
19 further ordered that plaintiff be given thirty (30) days within
20 which to serve Defendant Bryant or he will be dismissed without
21 prejudice pursuant to Rule 4(m).
22    **IT IS SO ORDERED.**
23    DATED: This 9th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE

2