## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEREK ANTHONY COSTANTINO, | ) | 3:10-cv-00078-HDM-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 19, 2012 |
| STATE OF NEVADA in rel. THE NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   DEBBIE MCCUNE            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the Court is plaintiff's "Request for Confirmation of Receipt of Notice of Change of Address". (Doc. #83). Upon consideration of plaintiff's motion, and good cause appearing, plaintiff's Motion (Doc. #83) is **GRANTED** and a copy of the docket sheet shall be sent to the plaintiff.

**IT IS SO ORDERED.**

                                             LANCE S. WILSON, CLERK

                                             By:   /s/
                                                   Deputy Clerk