IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEREK ANTHONY COSTANTINO,

    Plaintiff,                      3:10-cv-00078-HDM-WGC

  vs.                                    ORDER

STATE OF NEVADA, *et al.*,

    Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

    Dated this 17th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE